Catherine Meuhlemans, Esq.
ARMSTRONG TEASDALE, LLP
Three Embarcadero Center
Suite 2310
San Francisco, California 94111-4039
Attorneys for Plaintiff
Super 8 Motels, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER 8 MOTELS, INC., a South Dakota Corporation<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER INN, LLC, a California limited liability corporation, SHAILENDRA DEVDHARA, an Individual, and SURESH PATEL, an Individual,<br><br>Defendants. | Case No. 07-mc-80196-MHP<br><br>**NOTICE OF ORDER VACATING<br>FINAL JUDGMENT ON DEFAULT**<br><br>**Document Electronically Filed** |

PLEASE TAKE NOTICE that plaintiff Super 8 Motels, Inc. hereby files a Consent Order Vacating Final Judgment on Default entered on the docket of the United States District Court for the District of New Jersey on March 25, 2008, vacating the Final Judgment By Default in its entirety entered by the United States District Court for the District of New Jersey on April 12, 2007 against defendants Alexander Inn, LLC Suresh Patel and Shailendra Devdhara. (A true copy of the Consent Order Vacating Final Judgment on Default is attached hereto as Exhibit A.)

PLEASE TAKE FURTHER NOTICE that the attached Consent Order

{00517470.DOC}

Vacating Final Judgment on Default entered on the docket of the United States District Court for the District of New Jersey on March 25, 2008 vacated the Final Judgment By Default that was registered as a Foreign Judgment on the docket of the United States District Court for the Northern District of California on July 30, 2007.

PLEASE TAKE FURTHER NOTICE that plaintiff Super 8 Motels, Inc. hereby acknowledges that it is not permitted to take any action, pursuant to the Writ of Execution issued by the United States District Court for the Northern District of California on August 8, 2007, which has no force and effect as a result of the entry of attached Consent Order Vacating Final Judgment on Default on the docket of the United States District Court for the District of New Jersey on March 25, 2008.

Dated: June 4, 2008

                                        ARMSTRONG TEASDALE, LLP
                                      Three Embarcadero Center
                                      Suite 2310
                                      San Francisco, California 94111-4039

By: _____
      CATHERINE MEUHLEMANS
      *Attorneys for Plaintiff*
      *Super 8 Motels, Inc.*